UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KLICKITAT COUNTY PUBLIC UTILITY DISTRICT NO. 1, a Washington Municipal Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>STEWART & STEVENSON SERVICES, INC., a Texas corporation; STEWART & STEVENSON POWER, INC., a Delaware Corporation; SIERRA DETROIT DIESEL ALLISON, INC., a Nevada Corporation; PAMCO INTERNATIONAL, INC., a Delaware Corporation; and WAUKESHA ENGINE DRESSER, INC., a Wisconsin corporation,<br><br>   Defendants. | NO.  CV-03-3175-LRS<br><br>ORDER RE: DEFENDANT WAUKESHA ENGINE DRESSER, INC.'S MOTION TO DISMISS |

A telephonic hearing was held in the above-entitled matter on July 14, 2006 for Defendant Waukesha Engine Dresser, Inc.'s ("Dresser") Motion to Dismiss (Ct. Rec. 165) filed April 26, 2006. Jan Essenburg and George Bassett participated on behalf of Plaintiff; and Kenneth Schubert participated on behalf of Defendant Dresser. The Court having considered the oral and written argument of counsel, enters this Order to memorialize and supplement the oral ruling of the Court which is incorporated herein by reference. Accordingly,

ORDER - 1

**IT IS ORDERED**:

1. Defendant Waukesha Engine Dresser, Inc.'s ("Dresser") Motion to Dismiss, **Ct. Rec. 165**, filed April 26, 2006 is **DENIED without prejudice**.

2. Pursuant to 9 U.S.C. § 3, this case remains stayed as to defendant Waukesha Engine Dresser, Inc., pending arbitration of all claims that are alleged by the Plaintiff Klickitat County Public Utility District No. 1 against Defendant Waukesha Engine Dresser, Inc. The Court stands by its earlier finding that the parties have made a commitment to have the arbitrator decide all the remaining issues necessary to reach a decision on the merits of the dispute. Defendant Dresser's vigorous pursuit of its earlier motion to compel arbitration indicates that the defendant will make every effort necessary to reach a speedy disposition of this dispute. Therefore, this Court will respectfully defer to the arbitration proceedings that have commenced between plaintiff and defendant Dresser on March 30, 2006.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th day of July, 2006.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE