IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KLICKITAT COUNTY PUBLIC UTILITY DISTRICT NO. 1, a Washington Mutual Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEWART & STEVENSON SERVICES, INC., a Texas Corporation; STEWART & STEVENSON POWER, INC., a Delaware Corporation; SIERRA DETROIT DIESEL ALLISON, INC., a Nevada Corporation; PAMCO INTERNATIONAL, INC., a Delaware Corporation; and WAUKESHA ENGINE DRESSER, INC., a Wisconsin Corporation,<br><br>Defendants. | NO. CY-03-3175-LRS<br><br><br><br><u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u> |

On the date entered below came Klickitat County Public Utility District No. 1 ("KPUD") and Waukesha Engine Dresser, Inc. ("Dresser"), the remaining parties in this case. KPUD and Dresser ask the Court to dismiss this case with prejudice.

The Court finds that all claims against Stewart & Stevenson Services, Inc., Stewart & Stevenson Power, Inc., Sierra Detroit Diesel Allison, Inc., and Pamco International, Inc., have been dismissed.

The Court further finds that the remaining claims in this matter have been submitted to arbitration pursuant to this Court's order and have been resolved by an arbitration award entered on February 22, 2009.

In accordance with the agreement of the parties, and based upon the foregoing findings, the Court hereby

ORDERS that the above-styled and numbered cause is hereby dismissed with prejudice. All costs are taxed against the party incurring same. All relief requested and not specifically herein granted is denied.

SIGNED this 12th day of May, 2009.

s/Lonny R. Suko
_____
THE HONORABLE LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

Steven J. Lownds
Texas Bar No. 12636800
Yvette J. Mabbun
Texas Bar No. 24007580
**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
214-871-2100 (Telephone)
214-871-2111 (Facsimile)
**ATTORNEYS FOR RESPONDENT**

Jan L. Essenburg, Esq.
7321 Forrest Glenn Road
Fairview, Tennessee 37062
(615) 799-9291 (Phone)
**ATTORNEY FOR CLAIMANT**